UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE :

RUSSELL G. PHILLIPS,
    Debtor.
_____/

Chapter 7
Case No. 12-66528
Hon. Walter Shapero

TIMOTHY J. MILLER, TRUSTEE
    Plaintiff,

v.

BRYON M. EVANS, and
AMANDA EVANS
    Defendants.
_____/

Adv. Pro. 14-04726

## ORDER DENYING CROSS-MOTIONS FOR SUMMARY JUDGMENT

For the reasons stated in the contemporaneously entered opinion, the cross motions for summary judgment (Dkt. 22, 28) are both denied.

**Signed on May 08, 2015**

                /s/ Walter Shapero
        Walter Shapero
        United States Bankruptcy Judge